# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155334 & (20)(21)(28)(34)(39)(41)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DERRICK LEE SMITH,
        Defendant-Appellant.

SC: 155334
COA: 335215
Wayne CC: 08-008639-FC

_____/

On order of the Court, the application for leave to appeal the February 6, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for bail, the motions to add issues, and the motion to grant the application for leave to appeal are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

a1218